## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON HOFFMAN, ) | **Case No.: 3:11-cv-583-WJN** |
| ) | |
| Plaintiff, ) | |
| v. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| PENN CREDIT CORP., ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

Tom Perrota, Esq.
Penn Credit Corp.
916 S. 14th St.
Harrisburg, PA 17104

   /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002