IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON HOFFMAN,
        Plaintiff      :    CIVIL ACTION NO. 11-CV-583

v.                                    :    (Judge Nealon)

PENN CREDIT CORP.,
        Defendant      :

## ORDER

**NOW**, this 27th day of MAY, 2011, upon consideration of Plaintiff's notice of voluntary dismissal with prejudice, (Doc. 2), **IT IS HEREBY ORDERED THAT:**

1. The action is **DISMISSED with prejudice**; and

2. The Clerk of Court is directed to **CLOSE** this case.

*[signature]*

United States District Judge

FILED
SCRANTON
MAY 27 2011
PER _____
DEPUTY CLERK